IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERWIN BUTLER, SR.,

        Plaintiff,                  No. 2:12-cv-0038 KJN P

    vs.

UNKNOWN,

        Defendants.          ORDER
_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within twenty-one days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission and submit the following documents to the court:
4      a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5  and
6      b. a certified copy of plaintiff's prison trust account statement for the six
7  month period immediately preceding the filing of the complaint.
8  2. The Clerk of the Court is directed to send plaintiff a new Application to
9  Proceed In Forma Pauperis By a Prisoner; and
10  3. Plaintiff's failure to comply with this order may result in the dismissal of this
11  action without prejudice.
12  DATED: February 9, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

butl0038.3c+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERWIN BUTLER, SR.,

      Plaintiff,                        No. 2:12-cv-0038 KJN P

     vs.

UNKNOWN,                            <u>NOTICE OF SUBMISSION</u>

      Defendants.

_____/

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

        _____        Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                           _____
                                           Plaintiff