1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DERWIN BUTLER, SR.,

11              Plaintiff,                      No.  2:12-cv-0038 KJN P

12         vs.

13    UNKNOWN,

14              Defendants.                     ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding without counsel, filed a civil rights action

17    pursuant to 42 U.S.C. § 1983.  On February 10, 2012, plaintiff was directed to submit  an

18    application to proceed in forma pauperis, and a certified copy of his prison trust account

19    statement.  On February 21, 2012, plaintiff filed a request for leave to proceed in forma pauperis

20    pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the application was not

21    completed and signed by an authorized officer, and plaintiff did not provide a certified copy of

22    his prison trust account statement for the six month period immediately preceding the filing of

23    the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity

24    to submit the completed application and the certified copy in support of his application to

25    proceed in forma pauperis.

26    ////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a certified

3  copy of his prison trust account statement for the six month period immediately preceding the

4  filing of the complaint, and the certification required on the application form.  Plaintiff's failure

5  to comply with this order will result in a recommendation that this action be dismissed without

6  prejudice.

7    2.  The Clerk of the Court is directed to send plaintiff a new Application to

8  Proceed In Forma Pauperis By a Prisoner.

9  DATED:  February 24, 2012

10

11  _____
   KENDALL J. NEWMAN

12  UNITED STATES MAGISTRATE JUDGE

13  butl0038.3e

14

15

16

17

18

19

20

21

22

23

24

25

26