IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERWIN BUTLER, SR.,

      Plaintiff,               No. 2:12-cv-0038 MCE KJN P

   vs.

UNKNOWN,

      Defendant.        ORDER

_____/

      On May 16, 2012, plaintiff filed a notice of trust account withdrawal form and on May 23, 2012, filed a letter addressed to Magistrate Judge Baxter in New York.  This civil rights action was closed on May 9, 2012.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:  May 30, 2012

                          KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE

butl0038.58